# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 18-CR-43-JPS |
| v. | |
| BRADLEY L. TOLLEFSON, | **ORDER** |
| Defendant. | |

On March 6, 2018, the government filed a two-count Indictment against the defendant, charging him with soliciting an underaged girl over the Internet to send him pictures of her performing sex acts in violation of 18 U.S.C. § 2251 and 18 U.S.C. § 1591. (Docket #10). On March 14, 2019, the government filed a single-count Information against the defendant, charging him with child enticement in violation of 18 U.S.C. § 2422(b). (Docket #47). On the same day, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to the Information. (Docket #48).

The parties appeared before Magistrate Judge Nancy Joseph on April 5, 2019, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #50). The defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #50 and #52).

Thereafter, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #52). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #52) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 1st day of May, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge