UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                    Case No. 18-CR-43-JPS

BRADLEY L. TOLLEFSON,                **ORDER**

                  Defendant.

On September 26, 2019, the government filed a motion for a final order of forfeiture and judgment as to certain property of the defendant. (Docket #69). The Court, having considered the motion together with the affidavit of Assistant United States Attorney Erica J. Lounsberry, (Docket #70), and being satisfied that the terms and provisions of Title 18, United States Code, Section 2428(a) have been satisfied, will grant the motion.

Accordingly,

**IT IS ORDERED** that the United States of America's motion for order of forfeiture and judgment (Docket #69) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to Title 18, United States Code, Section 2428(a), the United States of America has clear title to the Samsung Galaxy S8 cellular phone, IMEI 356315081455117, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin, this 3rd day of October, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge